E-FILED
Monday, 24 June, 2013  05:46:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ARDESHIR LOHRASBI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-3105 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and THE UNIVERSITY OF ILLINOIS and THE UNIVERSITY OF ILLINOIS AT SPRINGFIELD and BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS AT SPRINGFIELD, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO DISMISS

Pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6), Defendant Board of Trustees of the University of Illinois ("UIS"),[1] by its attorneys, Hinshaw & Culbertson LLP, moves to dismiss the Complaint filed herein and states:

1. In accordance with the Eleventh Amendment to the United States Constitution, this Court lacks subject matter jurisdiction with respect to Defendant, an instrumentality of the State of Illinois, to consider Count II, a section 1981 claim, and Count III, a state law breach of contract claim.

2. Count I, a Title VII claim, was not filed with the EEOC within 300 days of the accrual of the cause of action and is, therefore, time barred.

---

[1] Plaintiff was a faculty member of the University of Illinois at Springfield, part of the University of Illinois system and under the governance of the Board of Trustees of the University of Illinois. University of Illinois at Springfield Law, 110 ILCS 327/40-1 *et seq.* Suits involving that entity shall be in the name of "the Board of Trustees of the University of Illinois." 110 ILCS 305/1. There is no separate "Board of Trustees of the University of Illinois at Springfield." The naming of the University of Illinois, the University of Illinois at Springfield, and the Board of Trustees of the University of Illinois at Springfield is not only redundant, but improper.

130601925v1 0946627

3. A memorandum of law in support of this Motion is lodge herewith.

Respectfully submitted,

/s/ Charles R. Schmadeke
J. William Roberts ARDC 2351714
Charles R. Schmadeke ARDC 2489813
Geri Lynn Arrindell ARDC 6291365
Attorneys for Defendants BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and THE UNIVERSITY OF ILLINOIS and THE UNIVERSITY OF ILLINOIS AT SPRINGFIELD and BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS AT SPRINGFIELD
Hinshaw & Culbertson LLP
400 South Ninth Street
Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
cschmadeke@hinshawlaw.com

130601925v1 0946627

## CERTIFICATE OF SERVICE

     I hereby certify that on June 24, 2013, I caused to be electronically filed the foregoing MOTION TO DISMISS with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jonathan T. Nessler**:  jtnessler@nesslerlaw.com

and I hereby certify that on June 24, 2013, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**None**

                /s/ Charles R. Schmadeke
                J. William Roberts ARDC 2351714
                Charles R. Schmadeke ARDC 2489813
                Geri Lynn Arrindell ARDC 6291365
                Attorneys for Defendants BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and THE UNIVERSITY OF ILLINOIS and THE UNIVERSITY OF ILLINOIS AT SPRINGFIELD and BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS AT SPRINGFIELD
                Hinshaw & Culbertson LLP
                400 South Ninth Street
                Suite 200
                Springfield, IL 62701
                Telephone: 217-528-7375
                Facsimile: 217-528-0075
                cschmadeke@hinshawlaw.com