E-FILED
Wednesday, 10 July, 2013 06:28:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ARDESHIR LOHRASBI, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 13-3105 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS and THE | ) | |
| UNIVERSITY OF ILLINOIS and | ) | |
| THE UNIVERSITY OF ILLINOIS AT | ) | |
| SPRINGFIELD and BOARD OF | ) | |
| TRUSTEES OF THE UNIVERSITY OF | ) | |
| ILLINOIS AT SPRINGFIELD | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES the Plaintiff, ARDESHIR LOHRASBI, by and through his attorney, Jonathan T. Nessler with THE LAW OFFICES OF FREDERICK W. NESSLER & ASSOCIATES, LTD., and in response to the Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12 (b)(1) and (b)(6), states as follows:

1. Count One, a Title VII claim, should not be dismissed. The claim was filed within 300 days of the accrual of the cause of action, pursuant to the continuing violation doctrine. Further, and in the alternative, this court should use its equitable power to toll the 300-day reporting period, if this Court rejects the argument that this case is in-line with the continuing violation doctrine.

2. The Plaintiff does not dispute the Defendants' argument that this court is without jurisdiction over the section 1981 claim (1981 Count Two) and the Breach of Contract Claim

(Count Three).  The Plaintiff requests that this court either transfer these claims to the Illinois Court of Claims, or in the alternative, that this court dismiss these claims without prejudice so that they might be filed within the court of appropriate jurisdiction.

     3.    That a Memorandum of Law in support of the Plaintiff's response is attached hereto and incorporated herein by this reference.

        By: /s/ *Jonathan T. Nessler*  
        Jonathan T. Nessler, #6293462  
        The Law Offices of Frederick W. Nessler  
        & Associates, Ltd.  
        536 North Bruns Lane, Suite One  
        Springfield, IL 62702  
        (800)727-8010  
        (217)698-0202  
        (217)698-0203 Facsimile  
        jtnessler@nesslerlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2013, I caused to be electronically filed the foregoing Plaintiff's Response to Defendants' Motion to Dismiss with the clerk of the court using the CM/ECF system that will send notification in such filings to the following:

J. William Roberts
broberts@hinshawlaw.com

Charles R. Schmadeke
cschmadeke@hinshawlaw.com

Geri Lynn Arrindel
garrindell@hinshawlaw.com


And I certify that on July 10, 2013, I mailed by United States Postal Service, the documents to the following non-registered participants:

**NONE**

                        By: /s/ *Jonathan T. Nessler*
                             Jonathan T. Nessler, #6293462
                             The Law Offices of Frederick W. Nessler
                             & Associates, Ltd.
                             536 North Bruns Lane, Suite One
                             Springfield, IL 62702
                             (800)727-8010
                             (217)698-0202
                             (217)698-0203 Facsimile
                             jtnessler@nesslerlaw.com