E-FILED
Monday, 16 February, 2015  04:14:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ARDESHIR LOHRASBI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:13-cv-03105-SEM-TSH |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and THE UNIVERSITY OF ILLINOIS and THE UNIVERSITY OF ILLINOIS AT SPRINGFIELD and BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS AT SPRINGFIELD, | ) ) ) Judge: Sue E. Myerscough ) Magistrate Judge: Thomas Schanzle-) Haskins ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and CDIL-LR 7.1(D), Defendant Board of Trustees, by its attorneys, Hinshaw & Culbertson LLP, moves for summary judgment in its favor in that there is no genuine issue of material fact, and Defendant is entitled to judgment as a matter of law.

1.      Plaintiff's Title VII claim, the only claim remaining, is time-barred.

2.      Plaintiff has no direct or circumstantial evidence of intentional discrimination by Defendant.

3.      Plaintiff cannot prove a Title VII violation under the burden-shifting method. Since Plaintiff did not suffer a material adverse employment action, and because he was not performing in a manner that met his employer's legitimate expectations, he cannot prove a prima facie case.

130996834v1 0946627

4. Defendant undertook the actions complained of because it had an honest belief that Plaintiff posed a threat to the safety of persons on campus. Plaintiff has no evidence that this reason is pretextual.

5. A memorandum of law in support of this motion is lodge herewith.

In further support of this Motion, Defendant attaches hereto the following exhibits:

| | |
|---|---|
| Exhibit 1 | Plaintiff's Complaint with Exhibits; |
| Exhibit 2 | Plaintiff's Response to Defendants Requests for Admission with Exhibits; |
| Exhibit 3 | Declaration of Lynn Pardie with Exhibits; |
| Exhibit 4 | Declaration of Ronald D. McNeil with Exhibits; |
| Exhibit 5 | Declaration of Donald W. Mitchell with Exhibits; and |
| Exhibit 6 | Declaration of Patricia C. Sanchez with Exhibits. |

WHEREFORE, Defendant, Board of Trustees of the University of Illinois prays that summary judgment be entered in its favor.

Respectfully submitted,

/s/ Charles R. Schmadeke
J. William Roberts ARDC 2351714
Charles R. Schmadeke ARDC #2489813
Raylene Dewitte Grischow ARDC 6257541
One of the Attorneys for Defendants
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
cschmadeke@hinshawlaw.com

130996834v1 0946627

## CERTIFICATE OF SERVICE

  I hereby certify that on February 16, 2015, I caused to be electronically filed the foregoing MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

**Jonathan T. Nessler**:  jtnessler@nesslerlaw.com

and I hereby certify that on February 16, 2015, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**None**

        /s/ Charles r. Schmadeke
        J. William Roberts ARDC 2351714
        Charles R. Schmadeke ARDC 2489813
        Raylene Dewitte Grischow ARDC 6257541
        Attorneys for Defendants
        Hinshaw & Culbertson LLP
        400 South Ninth Street, Suite 200
        Springfield, IL 62701
        Telephone: 217-528-7375
        Facsimile: 217-528-0075
        cschmadeke@hinshawlaw.com

3

130996834v1 0946627